UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STELLA SIOMKOS,<br><br>       Appellant,<br><br>    v.<br><br>TRINITY LIFE INSURANCE COMPANY,<br><br>       Appellee. | 24 Civ. 8361 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The above-captioned bankruptcy appeal has been assigned to me for all purposes. The appeal was docketed in the District Court in New York on November 1, 2024.[1] On November 25, the notice of record of appeal availability was docketed, indicating that the record was complete and available electronically.[2]

  Rule 8018 of the Federal Rules of Bankruptcy Procedures provides for the dates within which briefs are to be served and filed. Under Rule 8018, Appellant has 30 days after the docketing of notice that the record has been transmitted or is available electronically to file its opening brief. Appellee must then serve and file its brief within 30 days after service of appellant's brief. Appellant may serve and file a reply brief within 14 days after the service of the appellee's brief.

  Appellant's brief was due on December 26, but no brief was received by the Court by that date. In light of Appellant's pro se status, the Court sua sponte **EXTENDS** the deadline to file Appellant's brief. Appellant's brief is now due **March 11, 2025**. Appellee's brief is due

---

[1] Docket No. 1.
[2] Docket No. 4.

within 30 days after the service of Appellant's brief.  Appellant's reply brief, if any, is due within 14 days after the service of Appellee's brief.

The parties are directed to review and comply with the Court's Individual Rules (available at the Court's website, https://www.nysd.uscourts.gov/hon-dale-e-ho) to the extent they are not inconsistent with the Federal Rules of Bankruptcy Procedures.

Failure to comply with this order will result in dismissal of the appeal (in the case of Appellant) or consideration of the appeal without an appellee's brief (in the case of Appellee).

The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

SO ORDERED.

Dated: January 10, 2025
      New York, New York

                                                    DALE E. HO
                                       United States District Judge