UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: STELLA SIOMKOS,

     Debtor,

STELLA SIOMKOS,

     Debtor-Appellant,

   v.

TRINITY LIFE INSURANCE COMPANY,

     Appellee.

24-CV-8361 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Ms. Siomkos's filing, ECF No. 73, styled as a motion for recusal and reassignment of this case.  Pursuant to this Court's Memorandum Opinion and Order, ECF No. 70, this case has been closed.  Accordingly, the request for relief is **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF No. 73.

SO ORDERED.

Dated: March 25, 2026
  New York, New York

_____
DALE E. HO
United States District Judge